Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          FORM 3

| | |
|---|---|
| Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd, <br><br> **Plaintiff,** <br><br> v. <br><br> **UNITED STATES,** <br><br> **Defendant.** | **S U M M O N S** <br><br> Ct. No. 24-00180 |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. ⸹ 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1.
    a. Zhaoyuan Junbang Trading Co., Ltd., (Exporter and Interested Party)
    b. Linyi Yuwang Vegetable Protein Co., Ltd., (Exporter and Interested Party)
    c. Shandong Yuwang Ecological Food Industry Co., Ltd., (Exporter and Interested Party)
    d. Fenchem Biotek Ltd, (Exporter and Interested Party)

    (Name and standing of plaintiff)

2. Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd, contest the Final Results of the Department of Commerce's Countervailing Duty Investigation and the Antidumping Duty Order issued by the Department of Commerce. The Order was published as: *Certain Pea Protein from the People's Republic of China: Antidumping and Countervailing Duty Orders,* 89 Fed. Reg. 68,390 (August 26, 2024)(Case No. A-570-154)

(Brief description of contested determination)

3. August 26, 2024
    (Date of determination)

Form 3-2

4.  89 Fed. Reg. 68,390 (August 26, 2024)
    (If applicable, date of publication in Federal Register of notice of contested determination)

David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773)709-8506
David.craven@tradelaw.com

/s/  David Craven
Signature of Plaintiff's Attorney

September 24, 2024
        Date

**SEE REVERSE SIDE**

Form 3-3

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK
Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444