Before: Hon. Jennifer Choe-Groves
**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd,<br><br>                      Plaintiffs,<br>  v.<br><br>United States. | Court No. 24-00180 |

Pursuant to Rule 56.2 of the Rules of the U.S. Court of International Trade, Plaintiffs Zhaoyuan Junbang Trading Co., Ltd, Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd, respectfully moves for Judgment on the Agency Record with respect to the Commerce's determination in *Certain Pea Protein From the People's Republic of China: Antidumping and Countervailing Duty Orders* at 89 Fed. Reg. 68,390.

Plaintiff respectfully moves, for the reasons set forth in the accompanying memorandum, for the issuance of a decision holding that the scope ruling was not supported by substantial evidence and is not otherwise in accordance with law.

Plaintiff further requests that the Court remand this matter to the U.S. Department of Commerce for disposition consistent with the order and opinion of this Court.

1

A proposed order is enclosed.

          Respectfully submitted,

          /s/ David Craven

David J. Craven
Counsel to Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd, Jian

Date March 4, 2025

CERTIFICATE OF COMPLIANCE

1. This brief complies with the guidelines set forth in the Standard Chambers Procedures. The brief contains 5209 words on numbered pages (that is, excluding only the Cover Page, the Table of Contents, the Table of Authorities, the signature block, and the present certificate).

2. This brief has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman 14-point font.

/s/ David J. Craven

David J. Craven
Counsel to Zhaoyuan Junbang Trading Co., Ltd., Linyi Yuwang Vegetable Protein Co., Ltd., Shandong Yuwang Ecological Food Industry Co., Ltd., and Fenchem Biotek Ltd, Jian

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 245-4010
David.craven@tradelaw.com

Date March 4, 2025